**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GURPREET SINGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-369-PRW |
| | ) | |
| MARKWAYNE MULLIN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On February 27, 2026, Petitioner filed his Petition for Writ of Habeas Corpus (Dkt. 1). On October 6, 2026, Respondents notified the Court that Petitioner departed the United States on July 17, 2026, and is no longer detained.[1]

Accordingly, the Court **DISMISSES** the Petition (Dkt. 1) as moot.

**IT IS SO ORDERED** this 7th day of October 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[1] Resp. (Dkt. 17), at 1.